In the Matter of the Estate of MARY DONEGAN, Deceased. THOMAS DUNWORTH, as Executor of MARY DONEGAN, Deceased, Appellant; ANNIE DOYLE, Respondent.— Decree of the Kings County Surrogate's Court, dismissing appel-

lant's petition in a discovery proceeding, unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present — Johnston, Acting P. J., Adel, Nolan, Sneed and Wenzel, JJ.